847 A.2d 661

**In the Matter of Richard M. MELTZER.**

**No. 901 DISC 3, C1–03–1092, 04108.**

Supreme Court of Pennsylvania.

March 8, 2004.

## ORDER

PER CURIAM.

AND NOW, this 8th day of March, 2004, the Joint Petition to Temporarily Suspend an Attorney is granted and, pursuant

to Rule 214, Pa.R.D.E., Richard M. Meltzer is placed on temporary suspension, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.